IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

13TH DIVISION

FILED 11/24/10 10:04:40
Pat O'Brien Pulaski Circuit Clerk
PH

MARIANNE BAILEY            PLAINTIFF

VS.      60CV-2010-6699

HANCOCK FABRICS. INC.            DEFENDANT

## COMPLAINT

Comes the Plaintiff, Marianne Bailey, by and through her attorneys, Dodds, Kidd & Ryan, and for her cause of action, states:

1. The Plaintiff, Marianne Bailey, is a resident of Pulaski County, Arkansas. The wrongful acts on the part of the Defendant occurred in Pulaski County, Arkansas.

2. The Defendant Hancock Fabrics is a Mississippi corporation with its corporate offices located at One Fashion Way, Baldwyn, MS 38824, and its registered agent for service of process being CT Corporation System, 645 Lakeland East Drive, Ste. 101.

3. That at all times herein the Plaintiff was a business invitee at the business of the Defendant. That Defendant owed a duty to Plaintiff to maintain their premises in a reasonably safe condition.

4. That on or about May 7, 2010, Plaintiff was a business invitee at Hancock Fabrics on Cantrell Road in Little Rock, AR. That Plaintiff was walking through the exit when she tripped on an area of busted tile floor, causing her to fall and suffer severe injuries and fractures to her right wrist, left shoulder, a concussion, multiple bruising and other injuries.

5. That the Defendant failed to properly maintain their premises in a reasonably safe condition and in failing to do so, caused the reasonably foreseeable hazzard that resulted in the Plaintiff falling and being injured. That the Defendant owed a duty to the Plaintiff to maintain its premises in a safe condition and these acts of fault on the party of the Defendant were the proximate cause of the resulting injuries to the Plaintiff.

6. As a result of the fall, Plaintiff sustained a fractures, a concussion and other injuries, resulting in severe pain and suffering to date, foreseeable future pain and suffering, related doctor, hospital and other medical expenses to date, and foreseeable future medical expenses, resulting degree of permanent impairment, and other damages, for all of which she is entitled to compensation in an amount in excess of the amount required for diversity of citizenship cases in the U. S. District Court.

7. The Plaintiff makes demand for a jury trial on the issues in this matter.

WHEREFORE, premises considered, Plaintiff prays that she have of and recover from the Defendant jointly and severally judgment in an amount in excess of the amount required for diversity of citizenship cases in U. S. District Court; her costs herein expended; and for any and all other proper relief to which she may be entitled.

Respectfully submitted,

DODDS, KIDD & RYAN
313 West Second St.
Little Rock, AR 72201
(501) 375-9901

BY: _____
JUDSON C. KIDD (75071)