**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARIANNE BAILEY**                                                                              **PLAINTIFF**

v.                                    **CASE NO. 4:11CV00044 BSM**

**HANCOCK FABRICS, INC.**                                                                **DEFENDANT**

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. [Doc. No. 14]. Accordingly, all claims are hereby dismissed with prejudice, and the clerk's office is directed to close this case.

IT IS SO ORDERED this 14th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE